```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
JAMES SHROFF, Derivatively on Behalf of  :
JPMORGAN CHASE & CO.,                    :
                         Plaintiff,      :
                                         :          08 Civ. 974 (DLC)
            -v-                          :
                                         :              ORDER
JAMES DIMON, et al.,                     :
                         Defendants,     :
                                         :
            -and-                        :
                                         :
JPMORGAN CHASE & CO., a Delaware         :
corporation,                             :
                         Nominal         :
                         Defendant.      :
-------------------------------------X
ROBERT GARBER, Derivatively on Behalf    :
of JPMORGAN CHASE & CO.,                 :
                         Plaintiff,      :
                                         :
            -v-                          :          08 Civ. 975 (DLC)
                                         :
JAMES DIMON, et al.,                     :
                         Defendants,     :
                                         :
            -and-                        :
                                         :
JPMORGAN CHASE & CO., a Delaware         :
corporation,                             :
                         Nominal         :
                         Defendant.      :
-------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the parties in the above-captioned actions shall appear for an initial pretrial conference with the Court on May 7, 2008, at 2:00 p.m., at the United States Courthouse,

500 Pearl Street, New York, New York, in Courtroom 11B.

    SO ORDERED:

Dated:    New York, New York
           May 5, 2008

                                      DENISE COTE
                            United States District Judge