SCANNED
APR 18 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES SHROFF, Derivatively on Behalf of JPMORGAN CHASE & CO., | Civil Action No. 08-CV-00974-DLC |
| Plaintiff, | |
| vs. | |
| JAMES DIMON, INA R. DREW, JAY MANDELBAUM, CHARLES W. SCHARF, HEIDI MILLER, STEVEN D. BLACK, SAMUEL TODD MACLIN, JAMES E. STALEY, MICHAEL J. CAVANAGH, WILLIAM T. WINTERS, JOHN F. BRADLEY, FRANK BISIGNANO, LOUIS RAUCHENBERGER, LEE R. RAYMOND, JAMES S. CROWN, WILLIAM H. GRAY, III, LABAN P. JACKSON, JR., ELLEN V. FUTTER, DAVID C. NOVAK, STEPHEN B. BURKE, ROBERT I. LIPP, WILLIAM C. WELDON, CRANDALL C. BOWLES, DAVID M. COTE, WILLIAM B. HARRISON, JR., WILLIAM H. MCDAVID, JOSEPH L. SCLAFANI, DON M. WILSON, III, AUSTIN A. ADAMS, RICHARD J. SREDNICKI, RICHARD A. MANOOGIAN, JOHN A. KESSLER and JOHN H. BIGGS, | |
| Defendants, | |
| -and- | |
| JPMORGAN CHASE & CO., a Delaware corporation, | |
| Nominal Defendant. | |



## MOTION TO ADMIT JEFFREY P. FINK *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Leigh Lasky a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

1

Jeffrey P. Fink<br>
Robbins Umeda & Fink, LLP<br>
610 West Ash Street, Suite 1800<br>
San Diego, CA 92101<br>
Telephone: (619) 525-3990<br>
Facsimile: (619) 525-3991

Jeffrey P. Fink is a member in good standing of the Bar of the State of California (#199291).

| | |
|---|---|
| DATED: April 17th, 2008<br>New York, NY | Respectfully submitted,<br><br>LASKY & RIFKIND, LTD.<br>LEIGH LASKY<br><br>_____/s/ LEIGH LASKY_____<br><br>140 Broadway, 23rd Floor<br>New York, New York 10005<br>Telephone: (212) 907-0800<br>Facsimile: (212) 684-6083<br><br>ROBBINS UMEDA & FINK, LLP<br>JEFFREY P. FINK<br>GEORGE C. AGUILAR<br>DANIEL R. FORDE<br>610 West Ash Street, Suite 1800<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br><br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

This is to certify that I have this 17th day of April, 2008 served counsel for the following parties in this matter with a copy of the foregoing instrument by depositing a copy of the same in the United States Mail, postage prepaid, as follows:

SULLIVAN & CROMWELL, LLP
SHARON L. NELLES
125 Broad Street
New York, New York 10004-2498

Counsel for Individual Defendants and nominal defendant JP Morgan

_____
Leigh Lasky, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
JAMES SHROFF, Derivatively on Behalf of : Civil Action No. 08-CV-00974-DLC
JPMORGAN CHASE & CO., :

               Plaintiff,

vs.

JAMES DIMON, INA R. DREW, JAY
MANDELBAUM, CHARLES W. SCHARF,
HEIDI MILLER, STEVEN D. BLACK,
SAMUEL TODD MACLIN, JAMES E.
STALEY, MICHAEL J. CAVANAGH,
WILLIAM T. WINTERS, JOHN F. BRADLEY,
FRANK BISIGNANO, LOUIS
RAUCHENBERGER, LEE R. RAYMOND,
JAMES S. CROWN, WILLIAM H. GRAY, III,
LABAN P. JACKSON, JR., ELLEN V.
FUTTER, DAVID C. NOVAK, STEPHEN B.
BURKE, ROBERT I. LIPP, WILLIAM C.
WELDON, CRANDALL C. BOWLES, DAVID
M. COTE, WILLIAM B. HARRISON, JR.,
WILLIAM H. MCDAVID, JOSEPH L.
SCLAFANI, DON M. WILSON, III, AUSTIN A.
ADAMS, RICHARD J. SREDNICKI,
RICHARD A. MANOOGIAN, JOHN A.
KESSLER and JOHN H. BIGGS,

               Defendants,

  -and-

JPMORGAN CHASE & CO., a Delaware
corporation,

               Nominal Defendant.
---------------------------------------------------------------X

**AFFIDAVIT OF LEIGH LASKY IN SUPPORT OF
MOTION TO ADMIT JEFFREY P. FINK *PRO HAC VICE***

State of New York   )
                        ) ss:
County of New York )

     Leigh Lasky, being duly sworn, hereby deposes and says as follows:

-1-

1.  I am an attorney with Lasky & Rifkind, Ltd., counsel for Plaintiff James Shroff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeffrey P. Fink as counsel *pro hac vice* to represent plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Jeffrey P. Fink since 2002.

4.  Jeffrey P. Fink is a partner with Robbins Umeda & Fink, LLP, in San Diego, California.

5.  I have found Mr. Fink to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Jeffrey P. Fink is a member of good standing of the bar of the State of California, as evidenced by the annexed certificate enclosed as Exhibit A.

7.  Accordingly, I am please to move for the admission of Jeffrey P. Fink, *pro hac vice*.

8.  I respectfully submit a proposed order granting the admission of Jeffrey P. Fink, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey P. Fink, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

DATED: April 17, 2008
       New York, NY

_____
LEIGH LASKY

SUBSCRIBED TO AND SWORN TO before
me this 17th day of April 2008.

_____
Notary Public

My Commission expires:

April 10, 2011

OFFICIAL SEAL
AMELIA S. NEWTON
Notary Public - State of Illinois
My Commission Expires Apr 10, 2011

-2-

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that I have this 17th day of April, 2008 served counsel for the following parties in this matter with a copy of the foregoing instrument by depositing a copy of the same in the United States Mail, postage prepaid, as follows:

SULLIVAN & CROMWELL, LLP
SHARON L. NELLES
125 Broad Street
New York, New York 10004-2498

Counsel for Individual Defendants and nominal defendant JP Morgan

                                              Leigh Lasky, Esq.

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

April 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY PAUL FINK, #199291 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# EXHIBIT B

## CERTIFICATE OF SERVICE

This is to certify that I have this __17__ th day of April, 2008 served counsel for the following parties in this matter with a copy of the foregoing instrument by depositing a copy of the same in the United States Mail, postage prepaid, as follows:

SULLIVAN & CROMWELL, LLP
SHARON L. NELLES
125 Broad Street
New York, New York 10004-2498

Counsel for Individual Defendants and nominal defendant JP Morgan

_____
Leigh Lasky, Esq.