USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|8|08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE JPMORGAN CHASE & CO. SHAREHOLDER  :
DERIVATIVE LITIGATION                   :     MASTER FILE
                                        :     08 Civ. 974 (DLC)
This Document Relates to:               :
                                        :
ALL ACTIONS                             :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Having held a conference with the parties in the above-captioned consolidated action on May 7, 2008, it is hereby

    ORDERED that any submission in support of the application made by Robbins Umeda & Fink, LLP, for appointment as Lead Plaintiffs' Counsel in this consolidated action must be filed with the Court on or before May 16, 2008.

    IT IS FURTHER ORDERED that any consolidated complaint in this action must be filed on or before July 16, 2008. The consolidated complaint shall be deemed the operative complaint, superseding all complaints filed in any of the actions consolidated with the instant action.

    IT IS FURTHER ORDERED that defendants must answer or move with respect to the consolidated complaint on or before August 29, 2008. If a motion is filed, plaintiffs shall submit their opposition on or before September 19, 2008. Defendants shall reply on or before October 3, 2008. At the time the reply is

served, defendants shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:  New York, New York
        May 8, 2008

```
                                        _____
                                              DENISE COTE
                                        United States District Judge
```

2