UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES SHROFF, Derivatively on Behalf of JPMORGAN CHASE & CO.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DIMON, INA R. DREW, JAY MANDELBAUM, CHARLES W. SCHARF, HEIDI MILLER, STEVEN D. BLACK, SAMUEL TODD MACLIN, JAMES E. STALEY, MICHAEL J. CAVANAGH, WILLIAM T. WINTERS, JOHN F. BRADLEY, FRANK BISIGNANO, LOUIS RAUCHENBERGER, LEE R. RAYMOND, JAMES S. CROWN, WILLIAM H. GRAY, III, LABAN P. JACKSON, JR., ELLEN V. FUTTER, DAVID C. NOVAK, STEPHEN B. BURKE, ROBERT I. LIPP, WILLIAM C. WELDON, CRANDALL C. BOWLES, DAVID M. COTE, WILLIAM B. HARRISON, JR., WILLIAM H. MCDAVID, JOSEPH L. SCLAFANI, DON M. WILSON, III, AUSTIN A. ADAMS, RICHARD J. SREDNICKI, RICHARD A. MANOOGIAN, JOHN A. KESSLER and JOHN H. BIGGS,<br><br>Defendants,<br><br>-and-<br><br>JPMORGAN CHASE & CO., a Delaware corporation,<br><br>Nominal Defendant. | Civil Action No. 08-CV-00974-DLC |

## MOTION TO ADMIT DANIEL R. FORDE *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Leigh Lasky a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

1

Daniel R. Forde
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Daniel R. Forde is a member in good standing of the Bar of the State of California (#248461).

DATED: May 7, 2008
         New York, NY

Respectfully submitted,

LASKY & RIFKIND, LTD.
LEIGH LASKY

_____
LEIGH LASKY

140 Broadway, 23rd Floor
New York, New York 10005
Telephone: (212) 907-0800
Facsimile: (212) 684-6083

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
GEORGE C. AGUILAR
DANIEL R. FORDE
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――X
JAMES SHROFF, Derivatively on Behalf of : Civil Action No. 08-CV-00974-DLC
JPMORGAN CHASE & CO., :
: 
                    Plaintiff, :
:
     vs. :
:
JAMES DIMON, INA R. DREW, JAY :
MANDELBAUM, CHARLES W. SCHARF, :
HEIDI MILLER, STEVEN D. BLACK, :
SAMUEL TODD MACLIN, JAMES E. :
STALEY, MICHAEL J. CAVANAGH, :
WILLIAM T. WINTERS, JOHN F. BRADLEY, :
FRANK BISIGNANO, LOUIS :
RAUCHENBERGER, LEE R. RAYMOND, :
JAMES S. CROWN, WILLIAM H. GRAY, III, :
LABAN P. JACKSON, JR., ELLEN V. :
FUTTER, DAVID C. NOVAK, STEPHEN B. :
BURKE, ROBERT I. LIPP, WILLIAM C. :
WELDON, CRANDALL C. BOWLES, DAVID :
M. COTE, WILLIAM B. HARRISON, JR., :
WILLIAM H. MCDAVID, JOSEPH L. :
SCLAFANI, DON M. WILSON, III, AUSTIN A. :
ADAMS, RICHARD J. SREDNICKI, :
RICHARD A. MANOOGIAN, JOHN A. :
KESSLER and JOHN H. BIGGS, :
:
                    Defendants, :
:
  -and- :
:
JPMORGAN CHASE & CO., a Delaware :
corporation, :
:
                    Nominal Defendant. :
―――――――――――――――――――X

**AFFIDAVIT OF LEIGH LASKY IN SUPPORT OF
MOTION TO ADMIT DANIEL R. FORDE *PRO HAC VICE***

State of New York    )
                     )  ss:
County of New York   )

Leigh Lasky, being duly sworn, hereby deposes and says as follows:

-1-

1. I am an attorney with Lasky & Rifkind, Ltd., counsel for Plaintiff James Shroff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Daniel R. Forde as counsel *pro hac vice* to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Daniel R. Forde is an associate with Robbins Umeda & Fink, LLP, in San Diego, California.

4. I have found Mr. Forde to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Daniel R. Forde is a member of good standing of the bar of the State of California, as evidenced by the annexed certificate enclosed as Exhibit A.

6. Accordingly, I am please to move for the admission of Daniel R. Forde, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Daniel R. Forde, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Daniel R. Forde, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

DATED: May 7, 2008
      New York, NY

_____
LEIGH LASKY

SUBSCRIBED TO AND SWORN TO before
me this 7th day of May 2008.

_____
Notary Public

My Commission expires:

April 10, 2011

OFFICIAL SEAL
AMELIA S. NEWTON
Notary Public - State of Illinois
My Commission Expires Apr 10, 2011

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL ROBERT FORDE, #248461 was admitted to the practice of law in this state by the Supreme Court of California on February 23, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert*
Kath Lambert
Custodian of Membership Records

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
JAMES SHROFF, Derivatively on Behalf of
JPMORGAN CHASE & CO.,

      Plaintiff,

 vs.

JAMES DIMON, INA R. DREW, JAY
MANDELBAUM, CHARLES W. SCHARF,
HEIDI MILLER, STEVEN D. BLACK,
SAMUEL TODD MACLIN, JAMES E.
STALEY, MICHAEL J. CAVANAGH,
WILLIAM T. WINTERS, JOHN F. BRADLEY,
FRANK BISIGNANO, LOUIS
RAUCHENBERGER, LEE R. RAYMOND,
JAMES S. CROWN, WILLIAM H. GRAY, III,
LABAN P. JACKSON, JR., ELLEN V.
FUTTER, DAVID C. NOVAK, STEPHEN B.
BURKE, ROBERT I. LIPP, WILLIAM C.
WELDON, CRANDALL C. BOWLES, DAVID
M. COTE, WILLIAM B. HARRISON, JR.,
WILLIAM H. MCDAVID, JOSEPH L.
SCLAFANI, DON M. WILSON, III, AUSTIN A.
ADAMS, RICHARD J. SREDNICKI,
RICHARD A. MANOOGIAN, JOHN A.
KESSLER and JOHN H. BIGGS,

      Defendants,

 -and-

JPMORGAN CHASE & CO., a Delaware
corporation,

      Nominal Defendant.
---------------------------------------------------------X

Civil Action No. 08-CV-00974-DLC

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF DANIEL R. FORDE ON WRITTEN MOTION

 Upon the motion of Leigh Lasky, attorney for Plaintiff Robert Shroff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Daniel R. Forde
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email address: brobbins@rutlaw.com

Is admitted to practice *pro hac vice* as counsel for Plaintiff Robert Shroff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: May ___, 2008
       New York, NY

_____
HONORABLE DENISE COTE
United States District Court Judge

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that I have this ____th day of May, 2008 served counsel for the following parties in this matter with a copy of the foregoing instrument by depositing a copy of the same in the United States Mail, postage prepaid, as follows:

SULLIVAN & CROMWELL, LLP
SHARON L. NELLES
125 Broad Street
New York, New York 10004-2498

Counsel for Individual Defendants and nominal defendant JP Morgan


_____
Leigh Lasky, Esq.

-3-

## CERTIFICATE OF SERVICE

This is to certify that I have this 7th day of May, 2008 served counsel for the following parties in this matter with a copy of the foregoing instrument by depositing a copy of the same in the United States Mail, postage prepaid, as follows:

SULLIVAN & CROMWELL, LLP
SHARON L. NELLES
125 Broad Street
New York, New York 10004-2498

Counsel for Individual Defendants and nominal defendant JP Morgan

_____
Leigh Lasky, Esq.