**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAY 16 2008

JAMES SHROFF, Derivatively on Behalf of JPMORGAN CHASE & CO.,

Plaintiff,

vs.

JAMES DIMON, INA R. DREW, JAY MANDELBAUM, CHARLES W. SCHARF, HEIDI MILLER, STEVEN D. BLACK, SAMUEL TODD MACLIN, JAMES E. STALEY, MICHAEL J. CAVANAGH, WILLIAM T. WINTERS, JOHN F. BRADLEY, FRANK BISIGNANO, LOUIS RAUCHENBERGER, LEE R. RAYMOND, JAMES S. CROWN, WILLIAM H. GRAY, III, LABAN P. JACKSON, JR., ELLEN V. FUTTER, DAVID C. NOVAK, STEPHEN B. BURKE, ROBERT I. LIPP, WILLIAM C. WELDON, CRANDALL C. BOWLES, DAVID M. COTE, WILLIAM B. HARRISON, JR., WILLIAM H. MCDAVID, JOSEPH L. SCLAFANI, DON M. WILSON, III, AUSTIN A. ADAMS, RICHARD J. SREDNICKI, RICHARD A. MANOOGIAN, JOHN A. KESSLER and JOHN H. BIGGS,

Defendants,

-and-

JPMORGAN CHASE & CO., a Delaware corporation,

Nominal Defendant.

Civil Action No. 08-CV-00974-DLC

925-650871

**MOTION TO ADMIT GEORGE C. AGUILAR *PRO HAC VICE***

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Leigh Lasky a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

George C. Aguilar
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

George C. Aguilar is a member in good standing of the Bar of the State of California (#126535).

DATED: May 7, 2008
New York, NY

Respectfully submitted,

LASKY & RIFKIND, LTD.
LEIGH LASKY

LEIGH LASKY

140 Broadway, 23rd Floor
New York, New York 10005
Telephone: (212) 907-0800
Facsimile: (212) 684-6083

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
GEORGE C. AGUILAR
DANIEL R. FORDE
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES SHROFF, Derivatively on Behalf of JPMORGAN CHASE & CO.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DIMON, INA R. DREW, JAY MANDELBAUM, CHARLES W. SCHARF, HEIDI MILLER, STEVEN D. BLACK, SAMUEL TODD MACLIN, JAMES E. STALEY, MICHAEL J. CAVANAGH, WILLIAM T. WINTERS, JOHN F. BRADLEY, FRANK BISIGNANO, LOUIS RAUCHENBERGER, LEE R. RAYMOND, JAMES S. CROWN, WILLIAM H. GRAY, III, LABAN P. JACKSON, JR., ELLEN V. FUTTER, DAVID C. NOVAK, STEPHEN B. BURKE, ROBERT I. LIPP, WILLIAM C. WELDON, CRANDALL C. BOWLES, DAVID M. COTE, WILLIAM B. HARRISON, JR., WILLIAM H. MCDAVID, JOSEPH L. SCLAFANI, DON M. WILSON, III, AUSTIN A. ADAMS, RICHARD J. SREDNICKI, RICHARD A. MANOOGIAN, JOHN A. KESSLER and JOHN H. BIGGS,<br><br>Defendants,<br><br>-and-<br><br>JPMORGAN CHASE & CO., a Delaware corporation,<br><br>Nominal Defendant. | Civil Action No. 08-CV-00974-DLC |

**AFFIDAVIT OF LEIGH LASKY IN SUPPORT OF**
**<u>MOTION TO ADMIT GEORGE C. AGUILAR *PRO HAC VICE*</u>**

State of New York )
) ss:
County of New York )

Leigh Lasky, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with Lasky & Rifkind, Ltd., counsel for Plaintiff James Shroff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit George C. Aguilar as counsel *pro hac vice* to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. George C. Aguilar is a partner with Robbins Umeda & Fink, LLP, in San Diego, California.

4. I have found Mr. Aguilar to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. George C. Aguilar is a member of good standing of the bar of the State of California, as evidenced by the annexed certificate enclosed as Exhibit A.

6. Accordingly, I am please to move for the admission of George C. Aguilar, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of George C. Aguilar, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit George C. Aguilar, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

DATED: May 7, 2008
New York, NY

LEIGH LASKY

SUBSCRIBED TO AND SWORN TO before me this 7th day of May 2008.

Notary Public

OFFICIAL SEAL
AMELIA S. NEWTON
Notary Public - State of Illinois
My Commission Expires Apr 10, 2011

My Commission expires:

April 10, 2011

# EXHIBIT A

THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GEORGE CARLOS AGUILAR, #126535 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES SHROFF, Derivatively on Behalf of JPMORGAN CHASE & CO.,

Plaintiff,

vs.

JAMES DIMON, INA R. DREW, JAY MANDELBAUM, CHARLES W. SCHARF, HEIDI MILLER, STEVEN D. BLACK, SAMUEL TODD MACLIN, JAMES E. STALEY, MICHAEL J. CAVANAGH, WILLIAM T. WINTERS, JOHN F. BRADLEY, FRANK BISIGNANO, LOUIS RAUCHENBERGER, LEE R. RAYMOND, JAMES S. CROWN, WILLIAM H. GRAY, III, LABAN P. JACKSON, JR., ELLEN V. FUTTER, DAVID C. NOVAK, STEPHEN B. BURKE, ROBERT I. LIPP, WILLIAM C. WELDON, CRANDALL C. BOWLES, DAVID M. COTE, WILLIAM B. HARRISON, JR., WILLIAM H. MCDAVID, JOSEPH L. SCLAFANI, DON M. WILSON, III, AUSTIN A. ADAMS, RICHARD J. SREDNICKI, RICHARD A. MANOOGIAN, JOHN A. KESSLER and JOHN H. BIGGS,

Defendants,

-and-

JPMORGAN CHASE & CO., a Delaware corporation,

Nominal Defendant.

Civil Action No. 08-CV-00974-DLC

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF**
**GEORGE C. AGUILAR ON WRITTEN MOTION**

Upon the motion of Leigh Lasky, attorney for Plaintiff Robert Shroff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

George C. Aguilar
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email address: brobbins@ruflaw.com

Is admitted to practice *pro hac vice* as counsel for Plaintiff Robert Shroff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: May ___, 2008
New York, NY

______________________________
HONORABLE DENISE COTE
United States District Court Judge

**CERTIFICATE OF SERVICE**

This is to certify that I have this ____th day of May, 2008 served counsel for the following parties in this matter with a copy of the foregoing instrument by depositing a copy of the same in the United States Mail, postage prepaid, as follows:

SULLIVAN & CROMWELL, LLP
SHARON L. NELLES
125 Broad Street
New York, New York 10004-2498

Counsel for Individual Defendants and nominal defendant JP Morgan

______________________________
Leigh Lasky, Esq.

**CERTIFICATE OF SERVICE**

This is to certify that I have this 7th day of May, 2008 served counsel for the following parties in this matter with a copy of the foregoing instrument by depositing a copy of the same in the United States Mail, postage prepaid, as follows:

SULLIVAN & CROMWELL, LLP
SHARON L. NELLES
125 Broad Street
New York, New York 10004-2498

Counsel for Individual Defendants and nominal defendant JP Morgan

Leigh Lasky, Esq.