UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: JPMORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS | Master File No. 08 Civ. 974 (DLC)<br><br>NOTICE OF APPEARANCE OF SHARON L. NELLES |

To the Clerk of this court and all parties of record:

    With full reservations of all rights and defenses on behalf of all defendants, please enter my appearance as counsel in this case for defendants James Dimon, Ina R. Drew, Jay Mandelbaum, Charles W. Scharf, Heidi Miller, Steven D. Black, Samuel Todd Maclin, James E. Staley, Michael J. Cavanagh, William T. Winters, John F. Bradley, Frank Bisignano, Lee R. Raymond, James S. Crown, William H. Gray III, Laban P. Jackson, Jr., Ellen V. Futter, David C. Novak, Stephen B. Burke, Robert I. Lipp, William C. Weldon, Crandall C. Bowles, David M. Cote, William B. Harrison, Jr., William H. McDavid, Joseph L. Sclafani, Don M. Wilson, III, Austin A. Adams, Richard A. Manoogian, John A. Kessler, John H. Biggs and JPMorgan Chase & Co.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
        May 20, 2008

                              /s/ Sharon L. Nelles
                              Sharon L. Nelles
                              Attorney Bar Code: SN-3144
                              SULLIVAN & CROMWELL LLP
                              125 Broad Street
                              New York, New York 10004-2498
                              Tel: (212) 558-4000
                              Fax: (212) 558-3588

                              *Counsel for Defendants*