UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br>   ALL ACTIONS | ) File No. 08-cv-0974 (DLC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(A)**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, plaintiff, Robert Garber ("Plaintiff") serves this disclosure statement, which to the extent possible at this stage of the litigation: (i) identifies the name, last known address and telephone number, if known, of each individual likely to have discoverable information that Plaintiff may use to support their claims in this action; (ii) describes by category all documents, data compilations and tangible things that are in the possession, custody or control of Plaintiff and that Plaintiff may use to support his claims; (iii) describes the damages claimed by Plaintiff; and (iv) discloses Plaintiff's knowledge regarding the existence of insurance to satisfy all or part of the judgment to be entered against defendants in this case.

Due to the complexity of this case, the early stage of this litigation and the fact that much of the evidence is non-public information that remains in the custody, control and possession of defendants, these disclosures will need to be supplemented, as appropriate, as this case progresses.

**I.    INDIVIDUALS LIKELY TO POSSESS DISCOVERABLE INFORMATION**

In addition to Plaintiff, who should be contacted through the undersigned counsel, Plaintiff refers counsel to the individual defendants listed in the Verified Consolidated Shareholder Derivative Complaints filed by Plaintiff on January 30, 2008 (the "Complaint"), as well as nominal defendant JPMorgan Chase & Co. ("JPMorgan" or the

"Company"), all of which may have knowledge or information regarding Plaintiff's claims alleged in this case. Upon information and belief, the addresses and telephone numbers of the individuals identified above are in defendants' possession, custody and control.

## II.     CATEGORIES OF DOCUMENTS THAT MAY BE USED TO SUPPORT PLAINTIFF'S CLAIMS

The following is a description, by category, of the documents that may be used to support Plaintiff's claims in this action:

1. Public filings, including all filings by JPMorgan with the U.S. Securities and Exchange Commission ("SEC"), as described in detail in the Complaints;

2. SEC Forms 3, 4 and/or 5 filed by defendants with the SEC between January 2006 and the present (the "Relevant Period");

3. Minutes of the meetings of JPMorgan's Board of Directors, minutes of the meetings of JPMorgan's Risk Policy Committee, minutes of the meetings of JPMorgan's Compensation Committee and minutes of the meetings of JPMorgan's Audit Committee;

4. The Charters of JPMorgan's Risk Policy Committee, Compensation Committee and Audit Committee;

5. Policies, procedures, internal regulations and operational guidelines, records, correspondence, electronic communications, memoranda and notes relating to JPMorgan's asset and risk management, finance and audit operations, credit and lending operations, mortgage banking, underwriting, and collateralized debt instruments and securitization;

6. Work papers and other audit materials of JPMorgan by the Company's independent auditor in the custody, control or possession of the Company and its independent auditor;

7. JPMorgan's insider trading policy;

8. JPMorgan's stock-based incentive plans;

9. Media and analyst reports about JPMorgan during the Relevant Period;

10. Press releases by or on behalf of JPMorgan during the Relevant Period; and

11. JPMorgan's Articles of Incorporation and Bylaws.

## III.  COMPUTATION OF DAMAGES

As set forth in the prayer of the Complaint, Plaintiff seeks, on behalf of JPMorgan the following relief: (i) compensatory damages against individual defendants; (ii) restitution from the individual defendants and disgorgement of all profits, benefits and other compensation obtained by the individual defendants; (iii) damages incurred to JPMorgan's goodwill, reputation and loss of credibility; (iv) all proceeds earned by individual defendants from the sale of JPMorgan securities based upon adverse non-public information; (v) Plaintiff's costs and disbursements and Plaintiff's attorneys' fees; and (vi) such additional or different relief as may be granted by the Court.

At this time, however, given that the case remains at the pleadings stage and that no discovery has yet been conducted, an exact computation of damages would be premature. A computation of the economic damages will be supplied in connection with the deadlines, if any, established by the Court or as otherwise appropriate.

## IV.  INSURANCE

At the present time, Plaintiff is not specifically aware of the existence of any insurance policy or agreement available to satisfy part or all of the judgment to be entered in this case.

DATED: May 21, 2008                    Respectfully submitted,

                                                   LASKY & RIFKIND, LTD.
                                                   LEIGH LASKY

By:

                                                        /s/ Leigh Lasky
                                                       LEIGH LASKY

- 4 -

140 Broadway, 23rd Floor
New York, New York 10005
Telephone: (212) 907-0800
Facsimile:  (212) 684-2375

350 North LaSalle Street, Suite 1320
Chicago, Illinois 60610
Telephone: (312) 634-0057
Facsimile: (312) 634-0059

Counsel for Plaintiff Robert Garber

- 5 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, the foregoing document was filed with the Clerk of the Court for the U.S. District Court, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means. I hereby certify that I have served the foregoing document to all individuals who have not consented to electronic notification by overnight mail, and to counsel not on the Court's list to receive e-mail notices, as indicated below.

**Served Via Overnight Delivery**

SULLIVAN & CROMWELL LLP
SHARON L. NELLES
GERALD L. BLACK, JR.
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Individual Defendants and Nominal Defendant JPMorgan Chase & Co.*



/s/ Jeffrey P. Fink
Jeffrey P. Fink

343093_4.DOC