UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) | Master File No. 08 Civ. 974 (DLC) |
| ) | |
| This Document Relates To: ) ) | |
| ALL ACTIONS ) | |

**DECLARATION OF ROBERT GARBER IN SUPPORT OF APPLICATION FOR LEAD COUNSEL BY ROBBINS UMEDA & FINK, LLP**

I, Robert Garber, declare as follows:

1. I am the plaintiff of record in *In re JPMorgan Chase & Co. Shareholder Derivative Litigation*, Case No. 08-cv-974 (DLC). I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto. I am a citizen of the State of Pennsylvania.

2. I own shares of JPMorgan Chase & Co. ("JPMorgan" or the "Company") common stock and have held this stock during times relevant hereto. I am aware that JPMorgan is a Delaware Corporation. On January 30, 2008, I filed a Shareholder Derivative Complaint on behalf of JPMorgan against its Board of Directors and certain senior officers in the United States District Court for the Southern District of New York.

3. I am quite familiar with the outstanding record and reputation of Robbins Umeda & Fink, LLP. My decision to retain this firm was based on this record of expertise and achievement. I previously retained Robbins Umeda & Fink, LLP in derivative actions brought on behalf of Avon Products, Inc. (styled, *Garber v. Jung, et al.*, No. 05-cv-7287 (S.D.N.Y.); Goldman Sachs Group, Inc. (styled, *Garber v. Paulson Jr., et al.*, No. 05-cv-9327 (S.D.N.Y.); and Countrywide Financial, Inc. (styled, *In re Countrywide Financial Corporation Shareholder Derivative Litigation*, No. 08-cv-392 (C.D. Cal.). I have been satisfied with the quality of Robbins Umeda & Fink's representation.

- 2 -

4. I support the application of Robbins Umeda & Fink, LLP for appointment as lead counsel for this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of May 2008, at Pgh, PA.

_____
ROBERT GARBER

343757_3

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, the foregoing document was filed with the Clerk of the Court for the U.S. District Court, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means. I hereby certify that I have served the foregoing document to all individuals who have not consented to electronic notification by overnight mail.

/s/ Jeffrey P. Fink
JEFFREY P. FINK