UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | ) Master File No. 08 Civ. 974 (DLC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel for plaintiff Robert Garber. Request is hereby made for service of all papers, subsequent to this notice, in the above-captioned action.

DATED: May 23, 2008                             ROBBINS UMEDA & FINK, LLP
                                                BRIAN J. ROBBINS
                                                JEFFREY P. FINK
                                                GEORGE C. AGUILAR
                                                DANIEL R. FORDE

                                                        /s/ Jeffrey P. Fink
                                                         JEFFREY P. FINK

                                                610 West Ash Street, Suite 1800
                                                San Diego, California 92101
                                                Telephone: (619) 525-3990
                                                Facsimile: (619) 525-3991

-2 -

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 23, 2008, the foregoing document was filed with the Clerk of the Court for the U.S. District Court, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means. I hereby certify that I have served the foregoing document to all individuals who have not consented to electronic notification by overnight mail.

                                              /s/ Jeffrey P. Fink
                                              JEFFREY P. FINK