SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
JAMES SHROFF, Derivatively on Behalf of : Civil Action No. 08-CV-00974-DLC
JPMORGAN CHASE & CO.,                   :
                                        :
                 Plaintiff,             :
                                        :
         vs.                            :
                                        :
JAMES DIMON, INA R. DREW, JAY           :
MANDELBAUM, CHARLES W. SCHARF,          :
HEIDI MILLER, STEVEN D. BLACK,          :
SAMUEL TODD MACLIN, JAMES E.            :
STALEY, MICHAEL J. CAVANAGH,            :
WILLIAM T. WINTERS, JOHN F. BRADLEY,    :
FRANK BISIGNANO, LOUIS                  :
RAUCHENBERGER, LEE R. RAYMOND,          :
JAMES S. CROWN, WILLIAM H. GRAY, III,   :
LABAN P. JACKSON, JR., ELLEN V.         :
FUTTER, DAVID C. NOVAK, STEPHEN B.      :
BURKE, ROBERT I. LIPP, WILLIAM C.       :
WELDON, CRANDALL C. BOWLES, DAVID       :
M. COTE, WILLIAM B. HARRISON, JR.,      :
WILLIAM H. MCDAVID, JOSEPH L.           :
SCLAFANI, DON M. WILSON, III, AUSTIN A. :
ADAMS, RICHARD J. SREDNICKI,            :
RICHARD A. MANOOGIAN, JOHN A.           :
KESSLER and JOHN H. BIGGS,              :
                                        :
                 Defendants,            :
                                        :
         -and-                          :
                                        :
JPMORGAN CHASE & CO., a Delaware        :
corporation,                            :
                                        :
                 Nominal Defendant.     :
----------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

Granted.
[signature] Denise Cote
June 2, 2008

## MOTION TO ADMIT GEORGE C. AGUILAR *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Leigh Lasky a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

1

                George C. Aguilar
              Robbins Umeda & Fink, LLP
           610 West Ash Street, Suite 1800
               San Diego, CA 92101
             Telephone: (619) 525-3990
             Facsimile: (619) 525-3991

George C. Aguilar is a member in good standing of the Bar of the State of California (#126535).

DATED: May 7, 2008                    Respectfully submitted,
         New York, NY

                                            LASKY & RIFKIND, LTD.
                                           LEIGH LASKY

                                           _____
                                              LEIGH LASKY

                                          140 Broadway, 23rd Floor
                                          New York, New York 10005
                                          Telephone: (212) 907-0800
                                          Facsimile: (212) 684-6083

                                          ROBBINS UMEDA & FINK, LLP
                                          JEFFREY P. FINK
                                          GEORGE C. AGUILAR
                                          DANIEL R. FORDE
                                          610 West Ash Street, Suite 1800
                                          San Diego, CA 92101
                                          Telephone:  (619) 525-3990
                                          Facsimile:  (619) 525-3991

                                          Attorneys for Plaintiff