SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES SHROFF, Derivatively on Behalf of JPMORGAN CHASE & CO., | Civil Action No. 08-CV-00974-DLC |
| Plaintiff, | |
| vs. | |
| JAMES DIMON, INA R. DREW, JAY MANDELBAUM, CHARLES W. SCHARF, HEIDI MILLER, STEVEN D. BLACK, SAMUEL TODD MACLIN, JAMES E. STALEY, MICHAEL J. CAVANAGH, WILLIAM T. WINTERS, JOHN F. BRADLEY, FRANK BISIGNANO, LOUIS RAUCHENBERGER, LEE R. RAYMOND, JAMES S. CROWN, WILLIAM H. GRAY, III, LABAN P. JACKSON, JR., ELLEN V. FUTTER, DAVID C. NOVAK, STEPHEN B. BURKE, ROBERT I. LIPP, WILLIAM C. WELDON, CRANDALL C. BOWLES, DAVID M. COTE, WILLIAM B. HARRISON, JR., WILLIAM H. MCDAVID, JOSEPH L. SCLAFANI, DON M. WILSON, III, AUSTIN A. ADAMS, RICHARD J. SREDNICKI, RICHARD A. MANOOGIAN, JOHN A. KESSLER and JOHN H. BIGGS, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/2/08 |
| Defendants, | |
| -and- | |
| JPMORGAN CHASE & CO., a Delaware corporation, | |
| Nominal Defendant. | |



## MOTION TO ADMIT DANIEL R. FORDE *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Leigh Lasky a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

1

Daniel R. Forde<br>
Robbins Umeda & Fink, LLP<br>
610 West Ash Street, Suite 1800<br>
San Diego, CA 92101<br>
Telephone: (619) 525-3990<br>
Facsimile: (619) 525-3991

Daniel R. Forde is a member in good standing of the Bar of the State of California (#248461).

DATED: May 7, 2008
       New York, NY

Respectfully submitted,

LASKY & RIFKIND, LTD.
LEIGH LASKY

_____
LEIGH LASKY

140 Broadway, 23rd Floor
New York, New York 10005
Telephone: (212) 907-0800
Facsimile: (212) 684-6083

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
GEORGE C. AGUILAR
DANIEL R. FORDE
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff