AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern        DISTRICT OF        New York

**APPEARANCE**

Case Number: 08 Civ. 974 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants James Dimon, Ina R. Drew, Jay Mandelbaum, Charles W. Scharf, Heidi Miller, Steven D. Black, Samuel Todd Maclin, James E. Staley, Michael J. Cavanagh, William T. Winters, John F. Bradley, Frank Bisignano, Lee R. Raymond, James S. Crown, William H. Gray III, Laban P. Jackson, Jr., Ellen V. Futter, David C. Novak, Stephen B. Burke, Robert I. Lipp, William C. Weldon, Crandall C. Bowles, David M. Cote, William B. Harrison, Jr., William H. McDavid, Joseph L. Sclafani, Don M. Wilson III, Austin A. Adams, Richard A. Manoogian, John A. Kessler, John H. Biggs and JPMorgan Chase & Co.

I certify that I am admitted to practice in this court.

| 6/17/2008 | [signature] | |
|---|---|---|
| Date | Signature | |
| | Gerald L. Black, Jr. | GB7998 |
| | Print Name | Bar Number |
| | 125 Broad Street | |
| | Address | |
| | New York | NY | 10004 |
| | City | State | Zip Code |
| | (212) 558-4000 | (212) 558-3588 |
| | Phone Number | Fax Number |