```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE JPMORGAN CHASE & CO. SHAREHOLDER :
DERIVATIVE LITIGATION                 :
                                      :       MASTER FILE
                                      :       08 Civ. 974 (DLC)
This Document Relates to:             :
                                      :       ORDER
ALL ACTIONS                           :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/9/08

DENISE COTE, District Judge:

For the reasons stated on the record at a conference with the parties held on July 9, 2008, it is hereby

ORDERED that the filing of the consolidated complaint is stayed.

IT IS FURTHER ORDERED that the motion related to the Rule 23.1 inquiry shall be filed by the defendants on or before July 18, 2008; opposition is due on July 25, 2008; any reply is due on July 30.

IT IS FURTHER ORDERED that at the time any motion papers are served, the serving shall provide two courtesy copies of all such papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         July 9, 2008

_____
         DENISE COTE
    United States District Judge