USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION | : Master File No. 08-cv-974 (DLC) : : : |
| This Document Relates To: | : : |

### REVISED SCHEDULING ORDER

~~Based on the representations set forth therein and good cause appearing,~~ It is hereby ORDERED that the motion pursuant to Rule 23.1 of the Federal Rules of Civil Procedure shall be filed by defendants by August 1, 2008; opposition is due by August 8, 2008; and any reply is due by August 13, 2008.

IT IS FURTHER ORDERED that at the time any motion papers are served, the serving party shall provide two courtesy copies of all such papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

DATED: July 16, 2008

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

354321_1.DOC

- 1 -