UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 08 Civ. 974 (DLC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/16/08 |

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff James Shroff has determined to voluntarily dismiss his Complaint in Civil Action No. 08 Civ. 974 (DLC) (the "Shroff Action") as set forth in the above stipulation of the parties. Based on the representations set forth therein and good cause appearing, it is hereby ORDERED pursuant to Rule 23.1 of the Federal Rules of Civil Procedure that the Shroff Action shall be, and hereby is, dismissed without prejudice. All parties are to bear their own costs.

DATED: July 16, 2008

HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

-1-