```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION | : Master File No. 08-cv-974 (DLC) :  :  : |
| This Document Relates To: | : : |

### REVISED SCHEDULING ORDER

It is hereby ORDERED that the motion pursuant to Rule 23.1 of the Federal Rules of Civil Procedure shall be filed by defendants by August 15, 2008; opposition is due by August 22, 2008; and any reply is due by August 29, 2008.

IT IS FURTHER ORDERED that at the time any motion papers are served, the serving party shall provide two courtesy copies of all such papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

DATED: _July 28_, 2008

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

356072_1.DOC

- 1 -