AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE JPMORGAN CHASE & CO.
SHAREHOLDER DERIVATIVE LITIGATION

This Document Relates To: All Actions

**APPEARANCE**

Case Number:   08 CV 00975
              08 CV 00974

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Robert Garber

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/6/08 | /s/ Deborah Clark-Weintraub |
| Date | Signature |
| | Deborah Clark-Weintraub     DW6877 |
| | Print Name     Bar Number |
| | 1540 Broadway, 37th Floor |
| | Address |
| | New York     NY     10036 |
| | City     State     Zip Code |
| | (212) 447-7070     (212) 447-7077 |
| | Phone Number     Fax Number |

# CERTIFICATE OF SERVICE

I, Deborah Clark-Weintraub, hereby certify that on August 6, 2008, I caused a true and correct copy of the foregoing Notice to be served upon:

ROBBINS UMEDA & FINK, LLP
Jeffrey P. Fink
George C. Aguilar
Daniel R. Forde
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

SULLIVAN & CROMWELL LLP
Sharon L. Nelles
Gerald L. Black, Jr.
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

LASKY & RIFKIND, LTD.
Leigh Lasky
140 Broadway, 23rd Floor
New York, NY 10005
Telephone: (212) 907-0800
Facsimile: (212) 684-6083

350 North LaSalle Street, Suite 1320
Chicago, IL 60610
Telephone: (312) 634-0057
Facsimile: (312) 634-0059

via electronic mail on all counsel entitled to receive service in this action.

　　　　　　　　　　　　　　　　　　　　/s/ Deborah Clark-Weintraub
　　　　　　　　　　　　　　　　　　　　Deborah Clark-Weintraub