AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE JPMORGAN CHASE & CO.
SHAREHOLDER DERIVATIVE LITIGATION

This Document Relates To: All Actions

**APPEARANCE**

Case Number:   08 CV 00975
              08 CV 00974

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Robert Garber

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/6/08 | /s/ Joe R. Whatley, Jr. |
| Date | Signature |
| | Joe R. Whatley, Jr.    JW1222 |
| | Print Name    Bar Number |
| | 1540 Broadway, 37th Floor |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 447-7070    (212) 447-7077 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

  I, Joe R. Whatley, Jr., hereby certify that on August 6, 2008, I caused a true and correct copy of the foregoing Notice to be served upon:

| | |
|---|---|
| ROBBINS UMEDA & FINK, LLP<br>Jeffrey P. Fink<br>George C. Aguilar<br>Daniel R. Forde<br>610 West Ash Street, Suite 1800<br>San Diego, CA  92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991 | SULLIVAN & CROMWELL LLP<br>Sharon L. Nelles<br>Gerald L. Black, Jr.<br>125 Broad Street<br>New York, NY  10004-2498<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 |

LASKY & RIFKIND, LTD.
Leigh Lasky
140 Broadway, 23rd Floor
New York, NY  10005
Telephone: (212) 907-0800
Facsimile: (212) 684-6083

350 North LaSalle Street, Suite 1320
Chicago, IL  60610
Telephone: (312) 634-0057
Facsimile: (312) 634-0059

via electronic mail on all counsel entitled to receive service in this action.

                      /s/ Joe R. Whatley, Jr.
                      Joe R. Whatley, Jr.