Cote/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE JPMORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) | Master File No. 08 Civ. 974 (DLC) [PROPOSED] ORDER EFFECTUATING WITHDRAWAL AS COUNSEL OF RECORD |
| This Document Relates To: | ) ) ) ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

Pursuant to the Motion to Withdraw as Counsel of Record, Robbins Umeda & Fink, LLP are no longer counsel of record for Plaintiff Robert Garber in this action.

IT IS SO ORDERED.

_August 8, 2008_  
DATED

_Denise Cote_  
HONORABLE DENISE L. COTE