UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN & CO., ) <br> SHAREHOLDER DERIVATIVE ) <br> LITIGATION ) <br> _____ ) <br>   ) <br> This Document Relates to: ) <br>   ) <br> ALL ACTIONS ) <br> _____ ) | Master File No. 08 Civ. 974 (DLC) <br><br> ~~PROPOSED~~ ORDER |

UPON the Notice of Withdrawal of Counsel for Plaintiff Garber and upon the supporting Declaration of Leigh R. Lasky, dated August 7 2008;

IT IS ORDERED that an appearance of Leigh R. Lasky of Lasky & Rifkind Ltd. as counsel and attorney of record for plaintiff shall be withdrawn.

~~IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel of record in this case.~~

Dated: August _8_, 2008
New York, New York

_____
Honorable Denise L. Cote
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```