UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: JP MORGAN CHASE & CO. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) ) ) This document relates to: ) ) ALL ACTIONS ) ) ) | Master File No. 08 Civ. 974 (DLC) |

**DECLARATION OF ALFRED G. YATES, JR.**

I, Alfred G. Yates, Jr., declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration.

2. I am an attorney who has had both an attorney-client relationship and friendship with the representative plaintiff in this action, Robert L. Garber.

3. I have not, nor will I in the future, receive payment or compensation of any kind for participation in this litigation.

4. I do not have an agreement with anyone to be compensated for any participation in this litigation.

5. I have conferred with Deborah Clark-Weintraub, an attorney with the law firm of Whatley Drake & Kallas, LLC, who represents Mr. Garber in this action.

6. I informed Ms. Clark-Weintraub that I have not received, nor will I receive in the future, any compensation for participation in this litigation.

7. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 21st day of August 21, 2008    _____

Alfred G. Yates, Jr.

## **CERTIFICATE OF SERVICE**

I, Deborah Clark-Weintraub, hereby certify that on August 22, 2008, I caused a true and correct copy of the foregoing Declaration of Alfred G. Yates, Jr. to be served upon the following counsel via the Court's CM/ECF system:

SULLIVAN & CROMWELL LLP
Sharon L. Nelles
Gerald L. Black, Jr.
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

    /s/ Deborah Clark-Weintraub
Deborah Clark-Weintraub